# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-899-JLS |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| MARIA MANDUJANO SANCHEZ, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing,

IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter shall be continued from April 30, 2021 to June 4, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by May 14, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: April 20, 2021

Hon. Janis L. Sammartino
United States District Judge