# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-0899-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| MARIA MANDUJANO SANCHEZ, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing Trial Setting currently scheduled for June 4, 2021, be continued to July 9, 2021 at 1:30 PM. Defendant shall file an acknowledgement of the new hearing date by June 11, 2021.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.
Dated: June 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge